IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/10

CRESTVIEW CAPITAL MASTER, LLP, et al.,

Plaintiffs,

v.

DUANE MARTIN, et al.,

Defendants.

No. 09-CV-5970 (CM)
(Transferred from N.D. Ill.)

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed with prejudice, with each party to bear their own fees and costs.

Dated: March 12, 2010

s/Douglas A. Albritton
Douglas A. Albritton (*pro hac vice*)
David A. Kochman
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 521-5400
*Counsel for Defendant Marc Fry*

s/Randall M. Lending
Randall M. Lending (*pro hac vice*)
Michael J. Waters (*pro hac vice*)
Michael Goettig
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Tel: (212) 407-7700
*Counsel for Duane Martin*

s/Robert E. Williams
Robert E. Williams (*pro hac vice*)
Terrence Buehler
Touhy, Touhy, Buehler & Williams LLP
55 W. Wacker Dr., Suite 1400
Chicago, Illiniois 60601
Tel: (312) 372-2209

Allan Steyer (*pro hac vice*)
Bryan Kreft (*pro hac vice*)
Steyer, Lowenthal, Boodrookas, Alverez & Smith LLP
One California Street, Suite 300
Tel: (415) 421-3400
*Counsel for Plaintiffs*

SO ORDERED:

_____
The Honorable Colleen McMahon, U.S.D.J.     Date

3-24-2010

CHICAGO/#2046173.1